**The relief described hereinbelow is SO ORDERED.**

**Signed September 04, 2025.**

_____
CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
(AUSTIN DIVISION)

_____

| | |
|---|---|
| NEIL HESLIN and SCARLETT LEWIS <br>       Plaintiffs <br><br> v. <br><br> ALEX E. JONES and FREE SPEECH SYSTEMS, LLC <br>       Defendants | § § § § § § § § § | Civil Action 25-01034 |

### ORDER GRANTING ALEXANDER E. JONES MOTION TO TRANSFER REMOVED CASE TO THE "HOME COURT" WHERE PARTIES CLAIMS ARE PENDING

Before the Court is Alexander E. Jones Motion to Transfer this Removed State Court Case to the United States Bankruptcy Court, Southern District of Texas (Houston Division) under case no. 22-33553. The Court having considered the Motion, the response, the pleadings on file, and argument of counsel, finds that the Motion should be GRANTED. It is therefore,

ORDERED that Alexander E. Jones Motion to Transfer this Removed State Court Case to the United States Bankruptcy Court, Southern District of Texas (Houston Division) under case no. 22-33553 is hereby GRANTED.

### #